TOWNSHIP OF PALMYRA, complainant and respondent,

*v.*

THE PENNSYLVANIA RAILROAD COMPANY, defendant and appellant.

[Filed June 23d, 1902.]

*Mr. Joseph H. Gaskill* and *Mr. Alan H. Strong,* for the appellant.

*Mr. Thomas E. French,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated by Vice-Chancellor Grey in the opinion delivered in the court below.   See *17 Dick. Ch. Rep. 601.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, ADAMS, VREDENBURGH, VROOM—12.

*For reversal*—None.